AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ASSURE GLOBAL LLC d/b/a WeSHIELD <br><br> *Plaintiff(s)* <br> v. <br> ONE OPUS INTERNATIONAL LLC, ONE OPUS LLC, FAZIQ DEAN KADER, and XYZ CORP. #1-10 (ficitiously named), <br><br> *Defendant(s)* | Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Pawelczyk, Esq.
Horn Wright, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/01/2025                                                        /s/ P. Canales
                                                                          *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

# RIDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASSURE GLOBAL LLC d/b/a WeSHIELD,

                                    Plaintiff,

      -against-

ONE OPUS INTERNATIONAL LLC, ONE OPUS LLC,
FAZIQ DEAN KADER, and XYZ CORP. #1-10
(fictitiously named),

                                  Defendants.
-------------------------------------------------------------------X

Docket No.:

To:

    ONE OPUS INTERNATIONAL LLC
    2601 E. State Highway 121, Suite 212
    Lewisville, Texas 75056

    ONE OPUS LLC
    2601 E. State Highway 121, Suite 212
    Lewisville, Texas 75056

    FAZIQ DEAN KADER
    2917 Beverly Drive
    Plano, Texas 75093