```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ASSURE GLOBAL LLC d/b/a WeSHIELD,
```

|  |  |
|---|---|
| Plaintiff, | **ORDER** |
| - against - | 25-cv-02637 (NRB) |

```
ONE OPUS INTERNATIONAL LLC; ONE OPUS LLC;
FAZIQ DEAN KADER; and XYZ CORP. #1-10
(fictitiously named),

                                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS,** on March 31, 2025, plaintiff ASSURE GLOBAL LLC ("plaintiff") filed a complaint against FAZIQ DEAN KADER, ONE OPUS INTERNATIONAL LLC, ONE OPUS LLC, and XYZ CORP. #1-10. ECF No. 1; and

**WHEREAS,** service was effectuated upon defendant ONE OPUS INTERNATIONAL LLC on April 11, 2025. ECF No. 7; and

**WHEREAS,** service was effectuated upon defendant FAZIQ DEAN KADER on April 11, 2025. ECF No. 19; and

**WHEREAS,** defendants ONE OPUS INTERNATIONAL LLC and FAZIQ DEAN KADER have not answered the complaint or otherwise appeared in this action; and

**WHEREAS,** on July 8, 2025, the Clerk of Court entered a Certificate of Default against ONE OPUS INTERNATIONAL LLC and FAZIQ DEAN KADER; and

1

**WHEREAS**, on September 8, 2025, plaintiff filed a motion for default judgment against defendants ONE OPUS INTERNATIONAL LLC and FAZIQ DEAN KADER.  ECF No. 18; it is hereby

**ORDERED**, that plaintiff is entitled to the entry of a default judgment; and it is further

**ORDERED**, that plaintiff is instructed to submit a proposed form of judgment consistent with New York's usury laws.  Sce N.Y. Gen. Oblig. Law § 5-501; N.Y. Banking Law § 14-a; N.Y. Penal Law § 190.40.

Dated:     December 19, 2025
           New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2