UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ASSURE GLOBAL LLC d/b/a WeSHIELD,

                                  Plaintiff,        **DEFAULT JUDGMENT**

                    - against -                      25-cv-02637 (NRB)

ONE OPUS INTERNATIONAL LLC; ONE OPUS LLC;
FAZIQ DEAN KADER; and XYZ CORP. #1-10
(fictitiously named),

                                  Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


        **WHEREAS**, this matter came before this Court on the motion of plaintiff ASSURE GLOBAL LLC ("plaintiff") seeking entry of a judgment by default against defendants ONE OPUS INTERNATIONAL LLC and FAZIQ DEAN KADER.  ECF No. 18; and

        **WHEREAS**, the Court has entered an order dated December 19, 2025, in which the Court concluded that plaintiff is entitled to the entry of a default judgment and ordered plaintiff to submit a proposed form of judgment consistent with New York's usury laws. ECF No. 23; and

        **WHEREAS**, on January 9, 2026, plaintiff filed a proposed form of default judgment seeking judgment in the amount of $103,726.40, consisting of (a) $96,400.00 in monies owed to plaintiff, as well as (b) $7,326.40 in interest as set forth in the November 20, 2024 agreement between the parties.  ECF No. 24; and

1

**WHEREAS,** plaintiff is entitled to post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961; it is hereby

**ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of plaintiff against defendant ONE OPUS INTERNATIONAL LLC and defendant FAZIQ DEAN KADER in the total amount of $103,726.40 plus post-judgment interest to be calculated from the date of entry of this judgment at the rate set forth in 28 U.S.C. § 1961.

Dated:     January 20, 2026
           New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2