UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ASSURE GLOBAL LLC d/b/a WeSHIELD,

Plaintiff,

- against -

ONE OPUS INTERNATIONAL LLC; ONE OPUS LLC; FAZIQ DEAN KADER; and XYZ CORP. #1-10 (fictitiously named),

Defendants.
----------------------------------------X

**ORDER**

25-cv-02637 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on September 8, 2025, plaintiff Assure Global, LLC d/b/a WeShield ("plaintiff") filed a motion for default judgment against defendants One Opus International LLC and Faziq Dean Kader (together, the "Default Defendants"), ECF No. 18; and

**WHEREAS** on January 20, 2026, the Court entered judgment in favor of plaintiff against the Default Defendants in the amount of $103,726.40, ECF No. 25; and

**WHEREAS** this case remains open because no judgment has been requested or entered against defendant One Opus LLC and the fictitiously named defendants XYZ Corp. #1-10; and

**WHEREAS** according to plaintiff, Defendant One Opus LLC "is [a] fictitious company under which ONE OPUS INTERNATIONAL LLC has traded[,]" ECF No. 1 ¶ 8; it is hereby

**ORDERED** that plaintiff shall, within seven days, file a letter informing the Court whether plaintiff intends to proceed against the remaining defendants. If plaintiff does not intend to proceed against the remaining defendants, then plaintiff shall instead file a notice of voluntary dismissal against the remaining defendants by the same date.[1]

Dated: September 14, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

[1] In any event, if plaintiff does not affirmatively inform the Court that it intends to prosecute this case against the remaining defendants, the Court will exercise its authority under Rule 41(b) of the Federal Rules of Civil Procedure and dismiss the case.